# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| Howard E. Sims | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:08-cv-4156-MBS |
| | ) | |
| Commissioner of Social Security Administration | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: That the Commissioner's decision be reversed pursuant to sentence four of § 405(g) and the case be remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge Margaret B. Seymour on the record _____.


Date: February 18, 2010

*CLERK OF COURT*

s/Ashley Stewart, Deputy Clerk

_____

*Signature of Clerk or Deputy Clerk*